```
                                                    FILED
                                            2010 MAY 14 PM 3:46

                                            CLERK US ...
                                            SOUTHERN DIST... CALIFORNIA
                                                              DEPUTY
                                            BY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10CR0719-BEN |
| Plaintiff, | I N D I C T M E N T<br>(Superseding) |
| v. | Title 18, U.S.C., Sec. 371 and Title 8, U.S.C., Secs. 1324(a)(2)(B)(ii), (a)(2)(B)(iii), (a)(1)(A)(ii) - Conspiracy to Bring in Illegal Aliens for Financial Gain, Bring in Illegal Aliens Without Presentation, and Transport Illegal Aliens; Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| FRANCISCO FLORES-GONZALEZ (2), | |
| Defendant. | |

//
//
//
//

CPT:nlv(4):San Diego
5/14/10

The grand jury charges:

## Count 1

### OBJECTS OF THE CONSPIRACY

1. Beginning on a date unknown to the grand jury and continuing up to and including February 18, 2010, within the Southern District of California, and elsewhere, defendant FRANCISCO FLORES-GONZALEZ knowingly conspired and agreed with Cindia Mailani Mendoza, charged elsewhere, and other persons known and unknown to the grand jury, to commit offenses against the United States as set forth below:

    a. to bring and attempt to bring A.A.N. (Juvenile), an illegal alien to the United States, knowing and in reckless disregard of the fact that said alien had not received prior official authorization to come to, enter, or reside in the United States, for the purpose of obtaining private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

    b. to bring and attempt to bring A.A.N. (Juvenile), an illegal alien to the United States, knowing and in reckless disregard of the fact that said alien had not received prior official authorization to come to, enter, or reside in the United States, and upon arrival to not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

//
//

      c.    to transport and move an alien, namely, A.A.N.(Juvenile), within the United States, knowing and in reckless disregard of the fact that said alien had come to, entered and remained in the United States in violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## METHODS AND MEANS

2. From on or about a date unknown, but no later than February 1, 2010, to and including February 18, 2010, defendant FRANCISCO FLORES-GONZALEZ agreed with family members of A.A.N. in the United States and Mexico, to receive custody of A.A.N. from family members in Mexicali, Mexico, smuggle A.A.N., an alien, into the United States from Mexico for financial gain; bring A.A.N. through the Calexico West Port of Entry without presentation of A.A.N. immediately to an appropriate immigration officer; and, transport A.A.N. to Victorville, California where family members of A.A.N. would pay her smuggling fee to defendant FRANCISCO FLORES-GONZALEZ.

3. Defendant FRANCISCO FLORES-GONZALEZ agreed with Cindia Mailani Mendoza, charged elsewhere, and others to provide A.A.N. with fraudulent documents belonging to a U.S. citizen, transport her to the U.S.-Mexico border in Mexicali, Mexico, direct her to enter the Calexico West Port of Entry and gain entry into the United States by claiming to be a U.S. citizen, take custody of A.A.N. in Calexico, California without presenting her to an immigration officer, and transport her to family members in the United States in exchange for payment.

//

//

## OVERT ACTS

4. In furtherance of the conspiracy and to achieve the objects thereof, the defendant and his co-conspirators, known and unknown to the grand jury, committed and caused to be committed the following overt acts, among others, within the Southern District of California and elsewhere:

   a. Between February 1, 2010 and February 16, 2010, FLORES spoke with family members of A.A.N., located in Victorville, California and Michoacan, Mexico, and agreed to assist in smuggling A.A.N. into the United States from Mexico, and transporting her to Victorville, California in exchange for money.

   b. On or about February 17, 2010, FLORES met with Cindia Mailani Mendoza and a relative of Mendoza's, Co-conspirator 3 ("CC3"), in Mexicali, Mexico to discuss plans to smuggle A.A.N. into the United States, and reached the following agreement: A.A.N. would be brought to Mendoza in Mexicali, Mexico, sent into the United States by Mendoza, delivered by Mendoza to FLORES in Calexico, California, and transported by FLORES to A.A.N.'s family from whom FLORES would obtain payment for Mendoza.

   c. On or about February 17, 2010, FLORES and a relative of his, Co-conspirator 4 ("CC4"), picked up A.A.N. and others from the Mexicali, Mexico airport and transported them to the U.S.-Mexico border.

//
//

4

| | | |
|---|---|---|
| 1 | d. | On or about February 17, 2010, FLORES entered the United States with the others, leaving A.A.N. and her infant in Mexico with CC4. |
| 2 | e. | On or about February 17, 2010, CC4 transported A.A.N. and her infant to Mendoza's residence in Mexicali. |
| 3 | f. | On or about February 17, 2010, Mendoza took custody of A.A.N.'s infant to bring her into the United States and deliver the infant to A.A.N.'s family in the United States. |
| 4 | g. | On or about February 18, 2010, Mendoza provided to A.A.N. a birth certificate, California ID, and the Calexico High School ID belonging to a person named "Claudia Elizabeth Lopez," and instructed A.A.N. to memorize the information on the documents, informing A.A.N. that she would be brought to the U.S.-Mexico border, cross with the fraudulent documents, and meet Mendoza inside the United States. |
| 5 | h. | On or about February 18, 2010, Mendoza met A.A.N. on Rockwood Avenue in Calexico, California. |
| 6 | i. | On or about February 18, 2010, Mendoza walked with A.A.N., to meet with CC3 and another individual on 3rd Street in Calexico, California. |
| 7 | j. | On or about February 18, 2010, FLORES took custody of A.A.N. from Mendoza and escorted A.A.N. to an apartment complex at 724 3rd Street in Calexico, California. |

All in violation of Title 18, United States Code, Section 371.

//

1                                         <u>Count 2</u>

2     On or about February 18, 2010, within the Southern District of
3 California, defendant FRANCISCO FLORES-GONZALEZ, with the intent to
4 violate the immigration laws of the United States, knowing and in
5 reckless disregard of the fact that an alien, namely, A.A.N., a
6 juvenile, had not received prior official authorization to come to,
7 enter and reside in the United States, did bring to the United States
8 said alien for the purpose of commercial advantage and private
9 financial gain; in violation of Title 8, United States Code,
10 Section 1324(a)(2)(B)(ii), and Title 18, United States Code,
11 Section 2.

12                                         <u>Count 3</u>

13     On or about February 18, 2010, within the Southern District of
14 California, defendant FRANCISCO FLORES-GONZALEZ, with the intent to
15 violate the immigration laws of the United States, knowing and in
16 reckless disregard of the fact that an alien, namely, A.A.N., a
17 juvenile, had not received prior official authorization to come to,
18 enter and reside in the United States, did bring to the United States
19 said alien and upon arrival did not bring and present said alien
20 immediately to an appropriate immigration officer at a designated
21 port of entry; in violation of Title 8, United States Code,
22 Section 1324(a)(2)(B)(iii), and Title 18, United States Code,
23 Section 2.
24 //
25 //
26 //
27 //
28 //

Count 4

On or about February 18, 2010, within the Southern District of California, defendant FRANCISCO FLORES-GONZALEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, A.A.N., a juvenile, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 14, 2010.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney